LIZZIE GUIBERT, Respondent, v. CARRIE P. SAUNDERS et al., Respondents et al., Appellants.

(Submitted April 16, 1889; decided April 23, 1889.)

MOTION to dismiss an appeal from a decision of the General Term of the Supreme Court in the first judicial department, which affirmed an interlocutory judgment, entered upon a decision of the court at Special Term.

*James M. Hunt* for motion.

*Alfred B. Cruikshank* opposed.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

———————

JOHANNA FRANK, as Administratrix, etc., Respondent, v. IRA L. OTIS et al., Appellants.

(Argued April 15, 1889; decided May 3, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made April 14, 1888, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*Edward Harris* for appellants.

*C. D. Kiehel* for respondent.

Agree to affirm; no opinion.
All concur, except FINCH and GRAY, JJ., dissenting.
Judgment affirmed.